# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DETENTION** |
| | ) | **PENDING SENTENCING** |
| vs. | ) | |
| Merrill James Mann, II, | ) | |
| | ) | Case No. 4:12-cr-089 |
| Defendant. | ) | |

On April 3, 2013, the court held a hearing on a petition for revocation of defendant's pre-sentence release. AUSA Rick Volk appeared on the Government's behalf. Attorney Tom Dickson appeared on defendant's behalf.

The government moved to detain defendant pending sentencing. There being no objection from defendant, the court **GRANTS** the Government's motion and remands defendant to the custody of the Attorney General or his designated representative for confinement pending sentencing. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court